**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Daniel Santos,** | : |
| **Plaintiff,** | : |
| v. | : **Civil Action No.: 3:14-cv-00594-JCH** |
| **Performant Recovery, Inc.; and DOES 1-10, inclusive,** | : |
| **Defendants.** | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a dismissal of this action with prejudice pursuant to F$_{ED}$. R. C$_{IV}$. P. 41(a) within 60 days.

**Dated: July 14, 2014**

                                                     **Respectfully submitted,**

                                                   **PLAINTIFF, Daniel Santos**

                                                   **/s/ Sergei Lemberg**

                                                 **Sergei Lemberg, Esq.**
                                                 **LEMBERG LAW, L.L.C.**
                                                 **1100 Summer Street, 3rd Floor**
                                                 **Stamford, CT 06905**
                                                 **Telephone: (203) 653-2250**
                                                 **Facsimile: (203) 653-3424**
                                                 slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Jonathan D. Elliot, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
Bridgeport, CT 06604
*Attorney for Defendants*

                                             By /s/ Sergei Lemberg
                                                  Sergei Lemberg