UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Daniel Santos,

           Plaintiff,

v.

Performant Recovery, Inc.; and DOES 1-10, inclusive,

           Defendant.
_____

Civil Action No.: 3:14-cv-00594-JCH

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendant Performant Recovery, Inc. with prejudice and without costs or attorney fees to any party.

| Daniel Santos | Performant Recovery, Inc. |
|---|---|
| **/s/ Sergei Lemberg** | **/s/ Jonathan D. Elliot** |
| **Sergei Lemberg, Esq. (Juris No. 425027)**<br>**LEMBERG LAW LLC** | Jonathan D. Elliot, Esq.<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Blvd. |

| | |
|---|---|
| **1100 Summer Street, 3rd Floor** | **Bridgeport, CT 06604** |
| **Stamford, CT  06905** | **(203) 333-9441** |
| **(203) 653-2250** | **Attorney for Defendant** |
| **Attorney for Plaintiff** | |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 15, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By **/s/ Sergei Lemberg**
                                              Sergei Lemberg